UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY RAY EDWARDS, | ) No. CV 13-8726 SJO (FFM) |
|---|---|
| Plaintiff, | ) ORDER FOR DISMISSAL OF COMPLAINT WITHOUT |
| v. | ) PREJUDICE |
| A. ARUTYUNYAN, | ) |
| Defendant. | ) |

On February 18, 2014, this Court entered an order allowing Anthony Ray Edwards (hereinafter "Plaintiff") to file a Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (hereinafter "Complaint") without prepayment of full filing fee.

On February 25, 2014, Plaintiff filed a document entitled "Plaintiff's Motion to Withdraw Complaint or in the Alternative Dismiss the Complaint Without Prejudice" requesting voluntary dismissal of this action.

The Court construes Plaintiff's request to constitute notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). Because no defendant has filed an answer to the Complaint or a motion for summary judgment, the notice is sufficient in and of itself to dismiss the action without further order of this Court.

/ / /

/ / /

/ / /

1  IT IS THEREFORE ORDERED that this action is hereby dismissed
2  without prejudice.

4  DATED: February 28, 2014

_____
S. JAMES OTERO
United States District Judge

Presented by:

  /S/ FREDERICK F. MUMM
   FREDERICK F. MUMM
 United States Magistrate Judge

2